# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-0010-01-CR-W-FJG |
| ) | |
| Carmen R. Davis, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On February 7, 2007, defendant filed a motion for examination to determine competency to stand trial (Doc. #13) which was granted by Magistrate Judge Robert E. Larsen (Doc. #14, February 8, 2007). Magistrate Judge Larsen held a hearing regarding defendant's mental competency on May 7, 2007, at which time the parties stipulated to the forensic evaluation of James A. Shadduck, Ph.D..

Magistrate Judge Larsen issued a report and recommendation (Doc. #19), filed May 9, 2007, finding that defendant is competent to stand trial and assist in her defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequences of the proceedings against her and to properly assist in her own defense, and that she is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: 5/17/07
Kansas City, Missouri